UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-720-CR-LENARD

UNITED STATES OF AMERICA

            Plaintiff,

vs.

RAFAL KUBICKI,

            Defendant.
_____/


**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

   **THIS CAUSE** came before the Court upon the Defendant's
request to enter a plea of guilty before a Magistrate Judge.
   **THE MATTER** was heard before Magistrate Judge Peter R. Palermo,
on January 7, 2009. A Report and Recommendation filed on January
14, 2009 recommended that the Defendant's plea of guilty be
accepted. The Defendant and the Government were afforded the
opportunity to file objections to the Report and Recommendation,
however, none were filed. The Court has conducted a de novo review
of the entire file. Accordingly, it is

   **ORDERED AND ADJUDGED** that the Report and Recommendation of
United States Magistrate Judge Peter R. Palermo, is hereby
Adopted and Approved in its entirety. The Defendant is adjudged
guilty as to Count One of the Indictment.


   **DONE AND ORDERED** in Chambers at Miami, Florida, this 13th
day of February, 2009.

                                    JOAN A. LENARD
                                    UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Peter R. Palermo
        Counsel of Record